UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 07-07 (WOB)**
**CRIMINAL ACTION NO. 05-07 (WOB)**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

VS.                                            **JUDGMENT**

**LASHANDRA DUFFY**                                                            **DEFENDANT**


This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #154), and there being no objections filed thereto, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the motion of defendant to vacate, set aside or correct her sentence, pursuant to 28 U.S.C. § 2255 (Doc. #146), be, and it is, hereby **denied**; and that this matter be, and it is, hereby **dismissed** and **stricken** from the docket of this court.

This 19th day of July, 2007.



Signed By:
William O. Bertelsman  WOB
United States District Judge